# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

PERCY D. BROWN                                                                                                        PETITIONER

v.                                                           CIVIL ACTION NO. 3:09-CV-P513-S

MARK BOLTON                                                                                      RESPONDENT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

There being no just reason for delay in its entry, this is a final Order.

The Court certifies that an appeal *in forma pauperis* would be frivolous and therefore not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Petitioner shall direct any further request for certificate of appealability or to appeal *in forma pauperis* to the Sixth Circuit Court of Appeals pursuant to the requirements of Fed. R. App. P. 22(b) and 24, respectively.

Date:


cc:     Petitioner, *pro se*
4411.009